UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | CASE NO. C26-2232JLR |
| Plaintiff, | ORDER |
| v. | |
| DONALD NORMAN BROADWELL, et al., | |
| Defendants. | |

Before the court is Defendant Brissa Ruiz Lopez's motion to withdraw the reference of this adversary proceeding from the United States Bankruptcy Court for the Western District of Washington.  (Mot. (Dkt. # 1-1 at 7-13).[1])  Plaintiff Allstate Insurance Company ("Allstate") opposes the motion in part.  (Resp. (Dkt. # 1-1 at 14-20).)  Specifically, Allstate agrees with Ms. Lopez that withdrawal of the reference is

---

[1] The court refers to the page numbers in the CM/ECF header when citing the motion and opposition.

ORDER - 1

warranted under 28 U.S.C. § 157 for the purpose of conducting the jury trial in this matter but asserts that withdrawal at this early stage of the proceedings is premature and that the court should delay withdrawal to allow the bankruptcy court to handle pre-trial matters. (*See, e.g.*, Resp. at 15); *see also In re Healthcentral.com*, 504 F.3d 775, 788 (9th Cir. 2007) (holding that a bankruptcy court need not surrender jurisdiction to the district court when a party invokes its right to a jury trial but instead "may retain jurisdiction over the action for pre-trial matters"); *Burdette v. Emerald Partners LLC*, No. C15-0816JCC, 2015 WL 4394859, at *1 (W.D. Wash. July 16, 2015) (granting motion to withdraw the reference for the jury trial and referring the case back to the bankruptcy court for pre-trial proceedings).

In light of the parties' agreement that the court should withdraw the reference for the purpose of conducting trial, the court ORDERS Ms. Lopez to show cause, by no later than **July 31, 2026**, why the court should not withdraw the reference for trial and refer pre-trial proceedings back to the bankruptcy court. Ms. Lopez's brief shall not exceed four pages in length. Failure to respond to the motion will result in the court granting the motion to withdraw the reference for the purpose of trial and referring the matter back to the bankruptcy court for pre-trial proceedings. The Clerk is DIRECTED to renote Ms. Lopez's motion to withdraw the reference (Dkt. # 1) for July 31, 2026.

Dated this 17th day of July, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2